# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BHARATH RAYAM, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 2:24-cv-02494-SHL-tmp |
| EVOLVE BANK & TRUST, ) ) | |
| Defendant. ) | |

## ORDER OF TRANSFER

For purposes of court economy and judicial efficiency and in accordance with the transfer order from the Judicial Panel on Multidistrict Litigation,

**IT IS ORDERED** that this matter be associated to 24-md-03127 and transferred to Chief United States District Judge Sheryl H. Lipman and Magistrate Judge Charmiane G. Claxton.

**IT IS SO ORDERED,** this 10th day of October, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE